IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JIMMY LYNN PORTER,

    Plaintiff,

vs.         No. 07-2638-STA-tmp

CITY OF DYERSBURG, TENNESSEE,
BOBBY WILLIAMSON, and
TERRY LEDBETTER,

    Defendants.

## ORDER DIRECTING DEFENDANT, BOBBY WILLIAMSON, TO FILE A REPLY TO PLAINTIFF'S SUMMARY JUDGEMENT RESPONSE

The Court entered an Oder Granting the Unopposed Motion of Defendant, Bobby Williamson, Leave to File a Reply to Plaintiff's Summary Judgment Response (D.E. # 61). That Order erroneously instructed the Clerk to enter the Proposed Reply and any attached documentation that was filed along with Defendant's Motion for Leave to File a Reply. Therefore, the Defendant, Bobby Williamson is now ordered to enter his Reply with the Court within two (2) days from the entry of this Order.

**IT IS SO ORDERED** this 27th day of October, 2008.

        **/s/S. Thomas Anderson**
        S. THOMAS ANDERSON
        UNITED STATES DISTRICT JUDGE